IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Kawan Harris

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Lowcountry Urgent Care | Camden

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. ____________________
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kawan Harris |
| Street Address | 1427 Gordon st |
| City and County | Camden ,Kershaw |
| State and Zip Code | South Carolina ,29020 |
| Telephone Number | |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Lowcountry Urgent Care \| Camden |
| Job or Title (if known) | Medical Assistant |
| Street Address | 2010 W Dekalb St |
| City and County | Camden,Kershaw |
| State and Zip Code | South Carolina,29020 |
| Telephone Number | +1(803) 272-0500 |

☐ Individual capacity ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |

Telephone Number ______________________

☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name ______________________

Job or Title (if known) ______________________

Street Address ______________________

City and County ______________________

State and Zip Code ______________________

Telephone Number ______________________

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name ______________________

Job or Title (if known) ______________________

Street Address ______________________

City and County ______________________

State and Zip Code ______________________

Telephone Number ______________________

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If

you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The Due Process Clause of the Fourteenth Amendment

SC.Code § 44-115-150), S.C. Code § 38-55-530,

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I did not get my vitals took when arrived you can look at camera to see
i was just placed in room an didnt go through screening area for procedure
for my workers compensation claim.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

2010 W Dekalb St, Camden, SC 29020

B. What date and approximate time did the events giving rise to your claim(s) occur?

January 28,2026

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

i file a workers comp claim an had a injury at job site an was later sent to this location were the HR gave me the form attached an my vitals didn't get an I wasn't able to promptly get help with claim so now I have were my rights within medical procdure have been violated.Even the Doctor didnt get info needed for injury but my screening wasn't done an i possible got lead poison

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental stress, desperation of rights injury to right nasal passage an oval factory nerve,lungs,head,internal organs

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like a jury trial to place a vote an be paid for damages of 1.5 million.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 12, 2026

Signature of Plaintiff Kawan Harris

Printed Name of Plaintiff Kawan Harris

**B. For Attorneys**

Date of signing: November 12, 2026

Signature of Attorney KawanHarris

Printed Name of Attorney Kawan Harris

Bar Number ____________

Name of Law Firm ____________

Address ____________

Telephone Number ____________

E-mail Address Harris3kawan8800@gmail.com